UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **OTHELLO CHEEKS** | AFFIDAVIT OF SERVICE<br>CASE # 07-CV-5690<br>Plaintiff |
| Vs<br>**FORT WASHINGTON MEN'S SHELTER,<br>CITY OF NEW YORK, JANE & JOHN DOES<br>1 – 10 INCLUSIVE**<br>. | |
| | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On 6/22/07 9:05 AM at 651 WEST 168 STREET, NEW YORK NEW YORK Deponent served the **SUMMONS AND COMPLAINT** on **FORT WASHINGTON MEN'S SHELTER** by delivering a true copy to **RICO COX** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **MALE**
Skin **BLACK**
Color of Hair **BLACK & GREY**
Approx. Age **47-50**
Approx. Height **5'11"- 6'0"**
Approx. Wt **175-180 LBS**


Other identifying Features **NONE**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
28TH day of JUNE 2007

_____
NOTARY    PUBLIC

VALENTINE O. NNEBE
Notary Public, State of New York
No. 02NN...
Qualified in ...
Commission Ex... ..., 2009

VALENTINE O. NNEBE
Notary Public, State of New York
No. 02NN6131702
Qualified in Kings County
Commission Expires August 15, 2009

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **OTHELLO CHEEKS** | AFFIDAVIT OF SERVICE<br>CASE # 07-CV-5690<br>Plaintiff |
| Vs<br>**FORT WASHINGTON MEN'S SHELTER,<br>CITY OF NEW YORK, JANE & JOHN DOE<br>1 – 10 INCLUSIVE** | |
| . | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **6/18/07 2:25 PM** at **100 CHURCH STREET, NEW YORK 10007** Deponent served the within **SUMMONS AND COMPLAINT** on **THE CITY OF NEW YORK** by delivering a true copy to **MADELYN SANTANA** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Skin **LATINO**
Color of Hair **BROWN**
Approx. Age **27-30**
Approx. Height **5'8"- 5'10"**
Approx. Wt **145-160 LBS**


Other identifying Features **NONE**

**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
**25** TH day of JUNE 2007

NOTARY     PUBLIC

VALENTINE O. NNEBE
Notary Public, State of New York
No. 02NN6131702
Qualified in Kings County
Commission Expires Aug... 2009

VALENTINE O. NNEBE
Notary Public, State of New York
No. 02NN6131702
Qualified in Kings County
Commission Expires August 15, 2009

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| **OTHELLO CHEEKS** <br><br> Vs <br> **FORT WASHINGTON MEN'S SHELTER, PROJECT RENEWEL, DEPARTMENT OF HOMELESS SERVICES CITY OF NEW YORK, JANE & JOHN DOE 1 – 10 INCLUSIVE** <br><br> Defendants | AFFIDAVIT OF SERVICE <br> CASE # 07-CV-5690 <br> Plaintiff |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **7/2/07 1:42 PM** at **WEST 168 STREET, NEW YORK NEW YORK 10007** Deponent served the within **SUMMONS AND COMPLAINT** on **PROJECT RENEWAL** by delivering a true copy to **DONALD LEE** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **MALE**
Skin **BLACK**
Color of Hair **BROWN**
Approx. Age **27-35**
Approx. Height **5'8"- 5'10"**
Approx. Wt **145-160 LBS**

Other identifying Features **NONE**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
5 TH day of ~~JUNE 2007~~ July 2007
_____
NOTARY PUBLIC

PATRICK I. OKEKE
Notary Public, State Of New York
No. 01OK6062213
Qualified In Kings County
Commission Expires July 30, ~~2008~~ 2009

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  | AFFIDAVIT OF SERVICE |
|---|---|
| **OTHELLO CHEEKS** | CASE # 07-CV-5690 |
|  | Plaintiff |
| Vs |  |
| **FORT WASHINGTON MEN'S SHELTER,** |  |
| **CITY OF NEW YORK, JANE & JOHN DOE** |  |
| **1 – 10 INCLUSIVE** |  |
|  | Defendants |

County of KINGS, State of New York I, **MAHITIMA BAA** being duly sworn deposes and says Deponent is not a party herein, is over 18 years of age and resides in the county of KINGS

On **6/28/07 11:32 AM** at **100 CHURCH STREET, NEW YORK 10007** Deponent served the within **SUMMONS AND COMPLAINT** on **DEPARTMENT OF HOMELESS SERVICES** by delivering a true copy to **MADELYN SANTANA** an authorized agent.

Deponent knew said Corporation so served to be the Corporation described in same as said recipient and knew said individual to be the officer authorized to accept service on behalf of the Corporation.

A description of the person served is as follows:

Sex **FEMALE**
Skin **LATINO**
Color of Hair **BROWN**
Approx. Age **27-30**
Approx. Height **5'8"- 5'10"**
Approx. Wt **145-160 LBS**

Other identifying Features **NONE**

_____
**MAHITIMA BAA**
Process Server's Lic #1156551

Sworn to be fore me on this
5 TH day of July, 2007
_____
NOTARY PUBLIC

PATRICK I. OKEKE
Notary Public, State Of New York
No. 02OK6062213
Qualified In Kings County
Commission Expires July 30, 2009