UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

OTHELLO CHEEKS,

                        Plaintiff,

            - against -

THE CITY OF NEW YORK, et al.,

                      Defendants.

-------------------------------------------------------------------------------x

**DECLARATION OF DOUGLAS HEIM**

07 Civ. 5690 (LTS)

       **DOUGLAS HEIM,** an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true:

       1.    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. As such, I am familiar with the facts and circumstances of this action.

       2.    In accordance with the Order of the Honorable Laura Taylor Swain, I faxed a copy of the Court's Memorandum Endorsement of July 5, 2007 to counsel for the plaintiff in this action on July 12, 2007.

Dated: New York, New York
       July 12, 2007

                                                         /S/
                                          Douglas Heim (DH 5238)
                                          Assistant Corporation Counsel
                                          Special Federal Litigation Division

Index No. 07 Civ. 5690 (LTS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTHELLO CHEEKS,

                              Plaintiff,

            -against-

CITY OF NEW YORK, *et al.*,

                             Defendants.

**DECLARATION OF DOUGLAS HEIM**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City*
*100 Church Street*
*New York, New York  10007*

*Of Counsel:  Douglas Heim*
*Tel:  (212) 788-1298*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y........................................................................................... , 200...*

*......................................................................................................... Esq.*

*Attorney for...............................................................................................*