

| | |
|---|---|
| | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| | DOC #: _____ |
| | DATE FILED: **SEP 1 1** 2007 |

**MICHAEL A. CARDOZO**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**DOUGLAS W. HEIM**
*Assistant Corporation Counsel*
phone: (212) 788-1298
fax: (212) 788-9776
dheim@law.nyc.gov

September 10, 2007

**BY FAX: (212) 805-0426**
Honorable Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 755
New York, New York 10007

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing or
otherwise delivering promptly a copy to all counsel
and unrepresented parties and filing a certificate of
such service within 5 days from the date hereof. Do
not fax such certification to Chambers.

Re:    Othello Cheeks v. City of New York, et al., 07 Civ. 5690 (LTS)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendant City of New York ("City"). I write to respectfully inform the Court that this office is in the process of obtaining outside counsel for the defense of this case. Thus, defendant City expects private counsel to take over its defense in the near future. Defendant City therefore respectfully requests an extension of time to answer or otherwise respond to the complaint from today's date until October 25, 2007, so that remaining issues regarding representation may be resolved and new defense counsel may adequately respond to the complaint.[1] Defendant City also requests an adjournment of the initial conference scheduled for Friday, September 14, 2007, until a date and time after issue has been joined. Plaintiff's counsel consents to these requests.

        Plaintiff claims *inter alia* that defendant City and its employees were negligent, deliberately indifferent to plaintiff's safety and medical needs, and guilty of intentional infliction of emotional distress, when "guards" allowed plaintiff to be repeatedly stabbed by an

---

[1] Defendant City has also received a document purporting to be an amended complaint, which names "Fort Washington Men's Shelter"; "Project Renewal"; New York City Department of Homeless Services; and 10 "John Does" as defendants. However, upon information and belief, the purported amended complaint has not yet been filed with the Court.

unidentified civilian in the Fort Washington Men's Shelter. However, defendant City does not operate the Fort Washington Men's Shelter. Rather, at the time of the incident (and presently), the shelter is operated by Project Renewal.

Upon information and belief, Project Renewal's contract with defendant City to operate the Forth Washington Men's Shelter entitles defendant City to representation and indemnification from Project Renewal. This situation is unusual for defendant City in § 1983 litigation, and as such, we require additional time to allow private defense counsel to take over this matter, assess the case, and respond to the allegations in the complaint.

Accordingly, defendant City requests an enlargement of time to respond to the complaint until October 15, 2007, and an adjournment of the scheduled September 14, 2007, initial conference until a date deemed appropriate by the Court after issue has been joined so that defendant City's interests are not prejudiced while the change of counsel is finalized in this matter. One previous request for an extension for Defendant City was granted in this action. The Court's patience on this matter is greatly appreciated.

Thank you for your consideration herein.

Respectfully submitted,

Douglas W. Heim (DH5238)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    Mr. Nkereuwem Umoh (by fax: 718-360-1916)
      *Attorney for Plaintiff*
      Law Office of Uwem Umoh
      255 Livingston Street, 4th Floor
      Brooklyn, NY 11217

*The request is granted. The initial conference date is adjourned to November 16, 2007 at 11:15AM.*

SO ORDERED.

*9/10/2007*

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2