UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x

OTHELLO CHEEKS,

                        Plaintiff,

        - against -

THE CITY OF NEW YORK, et al.,

                        Defendants.

**DECLARATION OF DOUGLAS HEIM**

07 Civ. 5690 (LTS)

------------------------------------------------------------------------------x

        **DOUGLAS HEIM,** an attorney duly admitted to practice in the Southern District of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following statements are true:

        1.    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York. As such, I am familiar with the facts and circumstances of this action.

        2.    In accordance with the Order of the Honorable Laura Taylor Swain, I faxed a copy of the Court's Memorandum Endorsement of September 10, 2007 (received by defendant City of New York on September 11, 2007), to counsel for the plaintiff in this action on September 13, 2007.

Dated:  New York, New York
          September 17, 2007

                                        _____/S/_____
                                        Douglas Heim (DH 5238)
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

Index No. 07 Civ. 5690 (LTS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OTHELLO CHEEKS,

                                         Plaintiff,

                  -against-

CITY OF NEW YORK, *et al.*,

                                        Defendants.

### DECLARATION OF DOUGLAS HEIM

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Douglas Heim*
*Tel: (212) 788-1298*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.........................................................................................., 200...*

*............................................................................................................... Esq.*

*Attorney for.............................................................................................*