UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

OTHELLO CHEEKS,

        Plaintiff,

-v-                                              No. 07 Civ. 5690 (LTS)(FM)

THE CITY OF NEW YORK, et al.,

        Defendants.

-------------------------------------------------------x

                                      ORDER[1]

        The Court has received and reviewed the parties' letters, dated November 13, 2007, and November 14, 2007, regarding the status of communications in connection with the scheduled pre-trial conference. The Initial Pre-Trial Conference, scheduled for November 16, 2007, is hereby adjourned to January 18, 2008, at 3:45 p.m. and the related deadlines are modified accordingly.

Dated: New York, New York
         November 15, 2007

                                                       LAURA TAYLOR SWAIN
                                                       United States District Judge

---

[1] The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Copies ~~mailed~~ faxed to Counsel of Record
Chambers of Judge Swain    11-15-07