USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 9 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OTHELLO CHEEKS,

          Plaintiff,

-against-

THE CITY OF NEW YORK; FORT WASHINGTON MEN'S SHELTER; PROJECT RENEWAL; NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES; "JANE DOE" AND "JOHN DOE" 1 through 10, inclusive, the names of the last defendants being fictitious, the true names of the defendants being unknown to the plaintiff,

          Defendants.
-----------------------------------------------------------X

07CV5690 (LTS)

**CONSENT TO CHANGE ATTORNEYS**

    *IT IS HEREBY STIPULATED AND AGREED* that GOLDBERG SEGALLA LLP be and hereby is substituted as counsel in place and in stead of BIEDERMANN, REIF, HOENIG & RUFF, P.C., as attorneys for THE CITY OF NEW YORK; FORT WASHINGTON MEN'S SHELTER; PROJECT RENEWAL; and NEW YORK CITY DEPARTMENT OF HOMELESS SERVICES, in the above-captioned action.

BIEDERMANN, REIF, HOENIG & RUFF, P.C.
Outgoing Attorneys for Defendants

By: _____
    Daniel F. Hayes
570 Lexington Avenue
New York, New York 10022
(212) 697-6555

Goldberg, Segalla LLP
Incoming Attorneys for Defendants

By: _____
170 Hamilton Avenue
Suite 203
White Plains, New York 10601
(914) 798-5430
Suzin L. Raso, Esq.

THE CITY OF NEW YORK

By: Christopher Dickinson for
Eric Proshansky, Deputy Chief
Corporation Counsel
100 Church Street
New York, New York 10007
(212) 788-1324

11/16/07