*MEMO ENDORSED)*



## GS GOLDBERG SEGALLA LLP

*Attorneys at Law*

| PENNSYLVANIA | NEW YORK | NEW JERSEY |
|---|---|---|
| Philadelphia | Buffalo • Syracuse • Albany • Manhattan | Princeton |
| | Rochester • White Plains • Long Island | |

Suzin L. Raso

Direct Dial 914.798.5430
sraso@goldbergsegalla.com

170 Hamilton Avenue / Suite 203
White Plains, New York 10601-1717
914.798.5400 FAX 914.798.5401
www.goldbergsegalla.com

January 11, 2008

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  JAN 1 1 2008
```

***VIA FACSIMILE*** *[(212) 805-0426]*
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:  Cheeks v. The City of New York, et al.
> Civil Action No.:  07 CV 5690 (LTS)
> GS File No:  13900.0345

Dear Hon. Swain:

We are counsel for the Defendants in the above captioned action.

This matter is scheduled for an Initial Pre-Trial Conference on January 18, 2008. In accordance with Your Honor's rules, the Preliminary Pre-Trial Statement is to be filed with the Court seven (7) days prior, or on January 11, 2008.

This will confirm my telephone conversation with your Law Clerk on this date regarding Defendants' request for a one-day extension of time, until Monday, January 14, 2008, in which to file the Preliminary Pre-Trial Statement. As discussed with your Clerk, this adjournment is requested because I was out of the office for the past three (3) weeks with pneumonia.

Plaintiff's counsel has been notified and has consented to this request for an extension. Accordingly, Defendants' request until January 14, 2008 in which to file the Preliminary Pre-Trial Statement.

We thank Your Honor for her time and consideration of this request.

Copies mailed/faxed to *Deft's Counsel*
Chambers of Judge Swain  *1-11-08*

Respectfully submitted,

*Suzin L. Raso*
Suzin L. Raso
(SR 5426)

*01/11/08*

SLR:
97468.1
cc:  Uwen Umoh, Esq.  *(via facsimile @ (718) 360-1916 and via mail)*