MEMO ENDORSED

# GS GOLDBERG SEGALLA LLP

*Attorneys at Law*

| PENNSYLVANIA | NEW YORK | NEW JERSEY |
|---|---|---|
| Philadelphia | Buffalo • Syracuse • Albany • Manhattan<br>Rochester • White Plains • Long Island | Princeton |

Suzin L. Raso

Direct Dial 914.798.5430
sraso@goldbergsegalla.com

170 Hamilton Avenue / Suite 203
White Plains, New York 10601-1717
914.798.5400 FAX 914.798.5401
www.goldbergsegalla.com

January 14, 2008

**VIA FACSIMILE** [(212) 805-0426]
Honorable Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JAN 16 2008
```

Re: Cheeks v. The City of New York, et al.
Civil Action No.: 07 CV 5690 (LTS)
GS File No: 13900.0345

Dear Hon. Swain:

We are counsel for the Defendants in the above captioned action.

This matter is scheduled for an Initial Pre-Trial Conference on January 18, 2008. As discussed with your Law Clerk, this adjournment is requested because I have been out of the office for the past three (3) weeks with pneumonia and had a relapse this past weekend. As such, I was unable to complete the Preliminary Pre-Trial Statement within the seven (7) days prior to the Conference in accordance with Your Honor's rules.

Plaintiff's counsel has been notified and has consented to this request for an extension.

Accordingly, Defendants' request that the Initial Pre-Trial Conference be adjourned to February 6, 2008 at 2:30 p.m. This adjournment will likewise adjourn the deadline for the filing of the Preliminary Pre-Trial Statement with the Court to seven (7) days prior to the Conference, or on January 30, 2008.

We thank Your Honor for her time and consideration of this request.

Respectfully submitted,

Suzin L. Raso
(SR 5426)

01/15/2008
So Ordered

SLR:
97600.1
cc: Uwen Umoh, Esq. (via facsimile @ (718) 360-1916 and via mail)

USDJ
(PART I)

Affiliated with Studio Legale Casini, Milan and Viareggio, Italy