UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OTHELLO CHEEKS,                                 :

                Plaintiff,        :        **ORDER**

        -against-                              :        07 Civ. 5690 (LTS)(FM)

THE CITY OF NEW YORK, et al.,                   :

                Defendants.       :

------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

        It is hereby ORDERED that a settlement conference in this matter shall be held on April 24, 2008, at 2:00 p.m. in Courtroom 20A. Requests for adjournment must be made in writing, at least 48 hours prior to the conference. Settlement procedures are attached.

        SO ORDERED.

Dated:    New York, New York
             February 7, 2008

                                                               _____
                                                               FRANK MAAS
                                                   United States Magistrate Judge

Copies to:

Honorable Laura Taylor Swain
United States District Judge

Nkereuwem Inyang Umoh, Esq.
Law Office of Uwem Umoh
Fax: (718) 360-1916

Suzin L. Raso, Esq.
Goldberg Segalla, LLP
Fax: (914) 798-5401