UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OTHELLO CHEEKS,

          Plaintiff,

-against-

THE CITY OF NEW YORK, FORT WASHINGTON MEN'S SHELTER, PROJECT RENEWAL, NEW YORK CITY DEPT. OF HOMELESS SERVICES, "PHIBBS DOE", "JANE DOE" AND "JOHN DOE" 1 'through' 10 Inclusive,

          Defendants.

CASE NO: 07-CV-5690 (LTS)(FM)

**RULE 7.1 DISCLOSURE STATEMENT**

---

Defendant, PROJECT RENEWAL, INC., by and through its attorneys, Goldberg Segalla LLP, pursuant to Rule 7.1 of the Federal Rules of the Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, certifies the following amended information:

PROJECT RENEWAL, INC., is a Domestic Not-For-Profit Corporation, which is not a publicly traded company.

Dated: White Plains, NY
       April 23, 2008

GOLDBERG SEGALLA LLP

By: _____
SUZIN RASO, ESQ. [5426]
*Attorneys for Defendants*
*The City of New York, Fort Washington*
*Men's Shelter, Project Renewal and New*
*York City Dept. of Homeless Services*
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
Tel: (914) 798-5400
Fax: (914) 798-5401
File No.: 13900.0345