UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

OTHELLO CHEEKS,

        Plaintiff,

-v-                                  No. 07 Civ. 5690 (LTS)(FM)

CITY OF NEW YORK, et al.,

        Defendants.

------------------------------------------------------x

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: APR 2 4 2008*

## ORDER[1]

        The Court has been advised by Magistrate Judge Maas that counsel in the above-captioned action have stipulated on the record before him to the discontinuance of this action without prejudice and without costs, on the understanding that the plaintiff will bring his claims in state court. In light of counsels' stipulation, the Clerk of the Court is respectfully requested to close this case.

Dated: New York, New York
       April 28, 2008

                                                  LAURA TAYLOR SWAIN
                                                United States District Judge

---

[1] *The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.*